USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CHARTER OAK FIRE INSURANCE COMPANY,

Plaintiff,

-against-

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

26 Civ. 1863 (AT)

**ORDER**

ANALISA TORRES, District Judge:

There is a case management conference currently scheduled for September 28, 2026. *See* ECF No. 15. The case management plan and scheduling order directs the parties to, not later than one week in advance of the conference, file a joint status report indicating whether they anticipate filing motions for summary judgment and whether they believed the case should be referred to a magistrate judge for settlement discussions. *See id.* ¶ 16. The Court received no submissions. Accordingly, the case management conference is ADJOURNED to **October 19, 2026** at **11:00 a.m.** By **October 13, 2026**, the parties shall file a joint status update in accordance with paragraph 16 of the case management conference and scheduling order.

SO ORDERED.

Dated: September 24, 2026
New York, New York

ANALISA TORRES
United States District Judge